149 A.3d 3

IN THE MATTER OF PETER J. CRESCI, AN ATTORNEY
AT LAW (ATTORNEY NO. 025281992)

NOVEMBER 17, 2016

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g) (4) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **PETER J. CRESCI** of **BAYONNE**, who was admitted to the bar of this State in 1992, and good cause appearing;

It is ORDERED that **PETER J. CRESCI** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **PETER J. CRESCI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **PETER J. CRESCI** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **PETER J. CRESCI** comply with *Rule* 1:20–20 dealing with suspended attorneys.